UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RICHARD HENRY CEREZO, JR.,**

      **Plaintiff,**

v.     Case No.   6:20-cv-2001-ACC-EJK

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause is before the Court on Motion for Attorney Fees (Doc. 33) filed on November 5, 2021.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED. (Doc. 35).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 17, 2021 (Doc. 35) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Unopposed Motion for Attorney Fees (Doc. 33) is hereby GRANTED.

3. Plaintiff is AWARDED attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of $2,390.83 and paralegal fees in the amount of $1,200.00 for **a total fee award of $3,590.83**.

**DONE** and **ORDERED** in Orlando, Florida on January 5, 2022.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties